## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Sarfraz DURRANI and                    :
Gihane ASKAR,                          :
                                       :
    Plaintiffs                     :
                                       :
    v.                             :    Civil No. 1:07-00140-JDB
                                       :
Michael CHERTOFF, Secretary,           :
Dept. of Homeland Security, et al. :
                                       :
    Defendants                     :

### PLAINTIFFS' MOTION FOR LEAVE FOR
### H. RONALD KLASKO TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(d) counsel moves for the admission *pro hac vice* of H. Ronald Klasko to represent Plaintiffs Durrani and Askar in this matter.  This motion is supported by the attached Declaration of H. Ronald Klasko. The undersigned conferred with opposing counsel, Megan Rose AUSA, who stated she does not oppose this motion.

Respectfully submitted,

*/s/*

Dated: March 9, 2007

_____
Thomas A. Elliot, Esquire
Elliot & Mayock
1629 K Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 429-1725
DC Bar No. 259713

Attorney for PlaintiffS

## CERTIFICATE OF SERVICE

I, Thomas A. Elliot, being a member of the bar of this Court, certify that on March 9, 2007 I caused a true and correct copy of the foregoing **MOTION FOR LEAVE FOR H. RONALD KLASKO TO APPEAR PRO HAC VICE** and supporting **DECLARATION OF H. RONALD KLASKO** with proposed **ORDER** to be mailed by first class mail, United States Postal Service, postage pre-paid to the following:

Megan Rose
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC  20530
202-514-7220

By:      /s/
         _____
         Thomas A. Elliot
         Attorney for the Plaintiffs
         D.C. Bar No. 259713

         Elliot & Mayock
         1629 K Street, N.W., Ste. 1250
         Washington, DC 20006
         202-429-1725

{00268453;1}

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Sarfraz DURRANI and<br>Gihane ASKAR, | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | :    Civil No. 1:07-00140-JDB |
| | : |
| Michael CHERTOFF, Secretary, | : |
| Dept. of Homeland Security, et al. | : |
| | : |
| Defendants | : |

## DECLARATION OF H. RONALD KLASKO

In support of the Motion for Leave to Appear *Pro Hac Vice*, I declare and affirm the following:

(1)  My full name is H. Ronald Klasko;

(2)  I maintain a law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103 and my business telephone number is 215-825-8608;

(3)  I have been admitted to the following bars: Supreme Court of Pennsylvania (identification number 20384);

(4)  I certify that I have not been disciplined by any bar;

(5)  I have never been admitted *pro hac vice* in this Court; and

(6)  I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of

the District of Columbia Bar, nor have I an application for membership pending.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3-7-07

H. Ronald Klasko
Applicant for Admission *Pro Hac Vice*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Sarfraz DURRANI and | : | |
| Gihane ASKAR, | : | |
| | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | Civil No. 1:07-00140-JDB |
| | : | |
| Michael CHERTOFF, Secretary, | : | |
| Dept. of Homeland Security, et al.: | | |
| | : | |
|     Defendants | : | |

### <u>ORDER</u>

Having read and considered counsel's Motion for Leave to Appear *Pro Hac Vice* and Supporting Declaration, it is hereby ORDERED that H. Ronald Klasko is admitted to this Court *Pro Hac Vice* to represent Plaintiffs in this civil action.

This _____ day of _____, 2007.

_____
JOHN D. BATES
DISTRICT COURT JUDGE

{00268453;1}

For Plaintiffs:

Thomas A. Elliot
1629 K Street, NW, Suite 1250
Washington, D.C. 20006

H. Ronald Klasko
1800 John F. Kennedy Boulevard, Suite 1700
Philadelphia, Pennsylvania 19103

For Defendants:

Megan Rose, Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC  20530