UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARFRAZ DURRANI and<br>Gihane Askar<br>590 S. 15th Street, #428<br>Arlington, Virginia   22202<br><br>           Plaintiffs,<br><br>     v.<br><br>MICHAEL CHERTOFF, *et al.*,<br>U.S. DEPARTMENT OF HOMELAND<br>  SECURITY<br>245 Murray Lane, Building 410 SW<br>Washington, D.C.   20528<br><br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.:   07-0140 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Defendants respectfully request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendants in the above-captioned case.

Respectfully submitted,

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4220
Washington, D.C.  20530
(202) 514-7220

Dated: March 21, 2007

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

**THOMAS A. ELLIOT**
**Elliot & Mayock LLP**
**1629 K Street, N.W.**
**Suite 1250**
**Washington, D.C. 20006-1641**

on this 21st day of March, 2007.

_____
MEGAN ROSE
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, D.C. 20530