IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Sarfraz DURRANI, *et. al.*,          :
                                      :
                                      :
    Plaintiffs                        :
                                      :
    v.                                :   Civil No. 1:07-00140-JDB
                                      :
Michael CHERTOFF, Secretary,          :
Dept. of Homeland Security, *et. al.*:
                                      :
    Defendants                        :

# NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)

COME NOW Plaintiffs, through undersigned counsel, and hereby move for voluntary dismissal of the instant civil action. The issues between the parties have been settled and the Defendants have granted Plaintiffs permanent resident status. Accordingly, the Plaintiffs move to dismiss the suit against all of the named Defendants.

Respectfully submitted this 20th day of April, 2007.


   /s/ Thomas A. Elliot
Thomas A. Elliot
D.C. Bar No. 259713
Elliot & Mayock
1629 K Street, NW, Ste. 1250
Washington, DC 20006
202-429-1725


   /s/ H. Ronald Klasko
H. Ronald Klasko, Esq.
Admitted *Pro Hac Vice*
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Suite 1700
Philadelphia, PA  19103
215-825-8600


Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Sarfraz DURRANI, *et. al.*,           :
                                      :
                                      :
    Plaintiffs                        :
                                      :
    v.                                :   Civil No. 1:07-00140-JDB
                                      :
Michael CHERTOFF, Secretary,          :
Dept. of Homeland Security, *et. al.* :
                                      :
    Defendants                        :

## ORDER

Having read and considered Plaintiffs' Notice of Voluntary Dismissal, it is hereby ORDERED that the instant civil action is dismissed without prejudice and without costs.

This _____ day of April, 2007.


_____
JOHN D. BATES
U.S. DISTRICT COURT JUDGE